**MARCIA HURD**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 1478**
**Billings, MT 59103**
**2929 Third Ave. North, Suite 400**
**Billings, MT 59101**
**Phone: (406) 657-6101**
**FAX: (406) 657-6989**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**WINSTON DAVENPORT,**<br><br>Defendant. | CR 06-06-M-DWM<br><br><br><u>**NOTICE OF POTENTIAL TRIAL**</u><br><u>**CONFLICT OF COUNSEL**</u> |

Comes now, Marcia Hurd Assistant, Assistant United States Attorney for the

State and District of Montana and gives this court notice of a potential trial conflict.

The conflict arises from three trials, which are set for April 24, 2006 and April 25,

2006:

- *United States v. Winston Davenport*, CR 06-06-M-DWM
  Defendant indicted February 16, 2006 and appeared March 6, 2006. First
  trial setting is April 24, 2006.

- *United States v. Elias Lime*, CR 06-07-M-DWM
  Defendant indicted February 16, 2006 and appeared March 2, 2006. First trial setting is April 24, 2006.

- *United States v. Lindy Heddings*, CR 06-10-GF-SEH
  Defendant indicted January 19, 2006 and appeared February 28, 2006. First trial setting April 25, 2006.

DATED this 21st day of March, 2006.

WILLIAM W. MERCER
United States Attorney


_/s/ Marcia Hurd_____
MARCIA HURD
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I certify that on the 21st day of March, 2006, the United States Attorney's Office served copies of the attached document by e-mail or first class mail, postage prepaid, as follows:

Addressee(s):

Mr. Morgan Modine
Attorney At Law
215 West Broadway
Missoula, Montana 59802

/s/  Marcia Hurd