## DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

### CONSENT TO SEARCH

I, __Winston A Davenport__ hereby
(Name of Individual)

authorize __Special Agent Anna Riller / Special Agent Jesse Atchley__
(Names of Customs Officers)

Officers of the Department of the Treasury, United States Customs Service, to

conduct a complete search of my __X-Infinity Cyberpower (green) Computer CPU S:0410100Y__
(Item/ Place/ Thing to be Searched)

described as __264 SouthCrest, Hamilton, MT 59840__
(If Premises, Address to be Searched)

These Customs Officers are authorized by me to take any letters, papers, materials, or any other items/property which they may desire. This written permission is being given by me to the above Officers voluntarily, without promises or threats being made.

PRINTED NAME: __WINSTON DAVENPORT__
SIGNATURE: __[signature]__
DATE/TIME: __11/15/05    7:34 AM__

WITNESSED: __[signature]__
__[signature]__

**GOVERNMENT EXHIBIT A**

Customs Form 4603 (062697)
1

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

## CONSENT TO SEARCH

I, __Winston Davenport__ hereby
(Name of Individual)

authorize __Special Agent Jesse Atchley__
(Names of Customs Officers)

Officers of the Department of the Treasury, United States Customs Service, to conduct a complete search of my __Hewlett Packard Pavillion DV9000__
Located @
(Item/ Place/ Thing to be Searched)

described as __364 South Crest Hamilton, MT__
(If Premises, Address to be Searched)

These Customs Officers are authorized by me to take any letters, papers, materials, or any other items/property which they may desire. This written permission is being given by me to the above Officers voluntarily, without promises or threats being made.

PRINTED NAME: __Winston Davenport__
SIGNATURE: __[signature]__
DATE/TIME: __11-15-05   9:24 AM__

WITNESSED: __[signature]__
__[signature]__

GOVERNMENT EXHIBIT
B

CIMG0307.JPG





CIMG0308.JPG





CIMG0310.JPG



Dft Exh.
3



Dft Exh 4