FILED

AUG 02 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-35513 |
| Plaintiff - Appellee, | D.C. Nos. 9:09-cv-00029-DWM |
| v. | 9:06-cr-00006-DWM |
| WINSTON DAVENPORT, | District of Montana, Missoula |
| Defendant - Appellant. | ORDER |

Before:  THOMAS and MURGUIA, Circuit Judges.

The request for a certificate of appealability is denied. See 28 U.S.C. § 2253(c)(2). All outstanding motions are denied as moot.