FILED
FEB 15 2017
Clerk, U S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> WINSTON DAVENPORT, <br><br> Defendant. | CR 06-06-M-DWM <br><br> ORDER |

Upon review of Defendant Winston Davenport's CJA 23 financial affidavit, the Court finds that he does not qualify for court appointed counsel.

DATED this 15th day of February, 2017.

Jeremiah C. Lynch
United States Magistrate Judge