IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
April 25, 2018
Clerk, U.S. District Court
District of Montana
Missoula Division

| UNITED STATES OF AMERICA, | CR 06–06–M–DWM |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| WINSTON DAVENPORT, | |
| Defendant. | |

Defendant Winston Davenport's Motion for Early Termination of Supervised Release is now before the Court. (Doc. 91.) Following conviction for receipt of child pornography, 18 U.S.C. § 2252A(a)(2), Davenport was sentenced to 78 months custody and lifetime supervised release. (Doc. 76.) He completed his custodial sentence and began his term of supervised release on June 22, 2012. He has now completed close to six years of supervised release.

Having considered the factors in 18 U.S.C. § 3553(a), Davenport's conduct, and Davenport's arguments, the Court is satisfied that early termination is warranted by "the interest of justice." 18 U.S.C. § 3583(e)(1). Davenport indicates he intends to accompany his fiancé on international humanitarian travel. However, termination of supervision does not relieve him of his notification

-1-

obligation under the Sex Offender Registration and Notification Act. *See* 18 U.S.C. § 2250.

Accordingly, IT IS ORDERED that Davenport's motion (Doc. 91) is GRANTED. As of the date of this Order, Davenport's supervision is terminated.

Dated this 25th day of April, 2018.

Donald W. Molloy, District Judge
United States District Court